**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK WILLIAMS, | ) | Case No. EDCV 11-0326 RGK (AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | **MEMORANDUM AND ORDER DISMISSING** |
| WARDEN, | ) | **PETITION WITHOUT PREJUDICE** |
| Respondent. | ) | |

On February 23, 2011, petitioner filed this petition challenging the use of his juvenile adjudication as a "strike" to enhance his sentence. [Petition at 6-7].  This petition challenges the same conviction and contains allegations similar to and overlapping with those made in a separate habeas petition that is currently pending in this Court. [Case No. EDCV 10-1952-RGK(AJW)].[1]  Because there is currently another petition pending involving the same petitioner and same subject, the interests of judicial economy and justice are best advanced by requiring that petitioner pursue his claims in a single

---

[1]   The Court takes judicial notice of the relevant official court files.  See Fed. R. Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

1  proceeding.   Accordingly, this duplicative case is dismissed with

2  prejudice.

3       **IT IS SO ORDERED.**

4

5  Dated: March 1, 2011

6

7  _____

8  R. Gary Klausner
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28