UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK WILLIAMS, | ) | Case No. EDCV 11-0326 RGK (AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: MAR - 1 2011

R. Gary Klausner
United States District Judge